

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/2/2015 11:16:46 AM
DEBBIE AUTREY
Clerk

UNA B. GARLAND
OFFICIAL COURT REPORTER
402ND JUDICIAL DISTRICT
WOOD COUNTY, TEXAS

December 2, 2015

Sixth Court of Appeals
Bi-State Justice Building
100 North State Line Avenue, No. 20
Texarkana, Texas 75501

RE:     Case No. 06-1500094-CV, Trial Court No. 2015-254, Blaire Reid v. SSB Holdings, Inc., d/b/a
        Protec Laboratory

To The Honorable Clerk of the Court:

Concerning the above-mentioned cause, I have not received a Request for Reporters Record nor have I been contacted concerning a Reporters Record by any party.  Therefore, I am alerting the Court that I have not prepared or filed any Reporters Record in accordance with the Rules of Appellate Procedure.

Respectfully Yours,

Una B. Garland, CSR 5856
Official District Court Reporter
402nd Judicial District

Cc/file